QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL SCOTT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL SCOTT RASMUSSEN ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.CR.S. 04-483-GEB <br><br> **STIPULATION AND ORDER** <br><br> DATE: May 20, 2005 <br> TIME: 9:00 a.m. <br> JUDGE: HON. GARLAND E. BURRELL, JR. |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL SCOTT RASMUSSEN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing set for April 22, 2005 and the jury trial set for May 10, 2005 be vacated and a status conference be set for May 20, 2005 at 9:00 a.m.

This continuance is being requested because the parties are conducting research into Mr. Rasmussen's prior criminal history and into the facts of this case, and are currently negotiating a plea agreement to present to Mr. Rasmussen and the Court.

//

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 20, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:                              Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL SCOTT RASMUSSEN



                                    McGREGOR SCOTT
                                    United States Attorney



DATED:                              /s/ Rachelle Barbour for
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney

                                    **O R D E R**

**IT IS SO ORDERED.**

Dated:  April 25, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge