```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL SCOTT RASMUSSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL SCOTT RASMUSSEN ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.CR.S. 04-483-GEB <br><br> **STIPULATION AND ORDER** <br><br> DATE: June 3, 2005 <br> TIME: 9:00 a.m. <br> JUDGE: HON. GARLAND E. BURRELL, JR. |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL SCOTT RASMUSSEN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 20, 2005 be vacated and a further status conference be set for June 3, 2005 at 9:00 a.m.

This continuance is being requested because the parties are currently negotiating a plea agreement to present to Mr. Rasmussen and the Court.  Defense counsel must contact the state court and Mr. Rasmussen's prior defense attorney to facilitate a resolution of this case.

//

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 3, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 19, 2005.                Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL SCOTT RASMUSSEN



                                    McGREGOR SCOTT
                                    United States Attorney



DATED: May 19, 2005.                /s/ Rachelle Barbour for
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney

                            **O R D E R**

   **IT IS SO ORDERED.**

Dated:  May 19, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

**2**