```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL SCOTT RASMUSSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.CR.S. 04-483-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: June 24, 2005 |
| MICHAEL SCOTT RASMUSSEN ) | TIME: 9:00 a.m. |
| ) | JUDGE: HON. GARLAND E. BURRELL, JR. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL SCOTT RASMUSSEN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for June 3, 2005 be vacated and a further status conference be set for June 24, 2005 at 9:00 a.m.

This continuance is being requested because the parties are currently negotiating a plea agreement to present to Mr. Rasmussen and the Court. Defense counsel must contact the state court and Mr. Rasmussen's prior defense attorney to facilitate a resolution of this case. Further, defense counsel is researching criminal history relevant to Mr. Rasmussen's guideline calculations.

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for June 24, 2005,
3 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).
5 | DATED: June 2, 2005.                Respectfully submitted,
6 |                                     QUIN DENVIR
                                        Federal Defender
7 |
8 |                                     /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
9 |                                     Assistant Federal Defender
                                        Attorney for Defendant
10 |                                    MICHAEL SCOTT RASMUSSEN
11 |
12 |                                    McGREGOR SCOTT
                                        United States Attorney
13 |
14 |
15 | DATED: June 2, 2005.               /s/ Rachelle Barbour for
                                        ROBIN TAYLOR
16 |                                    Assistant U.S. Attorney
17 |
                                        **O R D E R**
18 |
         **IT IS SO ORDERED.**
19 |
Dated:  June 2, 2005
20 |
21 |                                    /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
22 |                                    United States District Judge
23 |
24 |
25 |
26 |
27 |
28 |
                                        **2**