QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
MICHAEL SCOTT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. CR. S. 04-483-GEB
            Plaintiff,            )
                                  )   **STIPULATION AND ORDER**
      v.                          )
                                  )   DATE: July 15, 2005
MICHAEL SCOTT RASMUSSEN           )   TIME: 9:00 a.m.
                                  )   JUDGE: HON. GARLAND E. BURRELL, JR.
            Defendant.            )
                                  )
_____ )

It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL SCOTT RASMUSSEN, by and though his counsel, DANIEL J. BRODERICK, Chief Assistant Federal Defender, that the status conference set for June 24, 2005 be vacated and a further status conference be set for July 15, 2005 at 9:00 a.m.

This continuance is being requested because Mr. Rasmussen's former attorney is on maternity leave and the case has been reassigned to the undersigned.  Defense counsel must contact the state court and Mr. Rasmussen's prior defense attorney to facilitate a resolution of this case.  Further, defense counsel is researching criminal history relevant to Mr. Rasmussen's guideline calculations.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 15, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 23, 2005          Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender


                              /s/ Daniel J. Broderick
                              DANIEL J. BRODERICK
                              Chief Assistant Federal Defender
                              Attorneys for Defendant
                              MICHAEL SCOTT RASMUSSEN



                              McGREGOR SCOTT
                              United States Attorney



DATED: June 23, 2005          /s/ Daniel J. Broderick for
                              ROBIN TAYLOR
                              Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 23, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

**2**