QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
MICHAEL SCOTT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Case No. CR. S. 04-483-GEB |
| Plaintiff, ) ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) ) | **SENTENCING AND MODIFYING SENTENCING** |
| ) | **SCHEDULE** |
| MICHAEL SCOTT RASMUSSEN ) ) | DATE: December 16, 2005 |
| Defendant. ) ) | TIME: 9:00 a.m. |
| ) | JUDGE: HON. GARLAND E. BURRELL, JR. |
| _____ ) | |

    Mr. Rasmussen is currently scheduled to be sentenced on November 18, 2005.  It is hereby stipulated and agreed to between the United States of America through ROBIN TAYLOR, Assistant U.S. Attorney, and defendant, MICHAEL SCOTT RASMUSSEN, by and though his counsel, DANIEL J. BRODERICK, Chief Assistant Federal Defender, that the sentencing be continued until Friday, December 16, 2005, at 9:00 a.m.  It is further stipulated and agreed that the sentencing schedule be modified as follows:

    1.  Defendant's Motion for Correction of the Presentence Report and Sentencing Memorandum shall be filed no later than November 16,

2005.  A copy of this motion and memorandum shall be filed with the United States Probation Office; and

    2.  Plaintiff United States' Optional Reply or Response to Defendant's Motion or Sentencing Memorandum shall be filed no later than December 7, 2005.

The parties further stipulate and agree that if plaintiff United States needs additional time to respond, a modification of this schedule and an additional continuance of Mr. Rasmussen's sentencing may be obtained.

This continuance is being requested because the defendant's objections and sentencing memorandum will likely involve an atypical application and discussion of U.S.S.G. §5G1.3 and the additional time will permit opposing counsel, probation, and the Court sufficient opportunity to review this discussion.

DATED: November 4, 2005    Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Chief Assistant Federal Defender
Attorneys for Defendant
MICHAEL SCOTT RASMUSSEN

McGREGOR SCOTT
United States Attorney

DATED: November 4, 2005    /s/ Daniel J. Broderick for
ROBIN TAYLOR
Assistant U.S. Attorney

Stip & Order Continuing Sentencing **2**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL SCOTT RASMUSSEN<br><br>               Defendant. | Case No. CR. S. 04-483-GEB<br><br>**ORDER CONTINUING SENTENCING AND MODIFYING SENTENCING SCHEDULE** |

For the reasons stated in the parties' November 4, 2005, stipulation, IT IS HEREBY ORDERED  that the sentencing schedule in this case be modified as follows:

    1.  Defendant's Motion for Correction of the Presentence Report and Sentencing Memorandum shall be filed no later than November 16, 2005.  A copy of this motion and memorandum shall be filed with the United States Probation Office;

    2.  Plaintiff United States' Optional Reply or Response to Defendant's Motion or Sentencing Memorandum shall be filed no later than December 7, 2005; and

    3.  Sentencing shall be continued until Friday, December 16, 2005, at 9:00 a.m.

DATED: November 10, 2005

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

Stip & Order Continuing Sentencing **1**